1  Robert D. Rowland
2  Lindsay Rakers
   **GOLDENBERG HELLER**
3  **ANTOGNOLI & ROWLAND, P.C.**
   P.O. Box 959
4  Edwardsville, Illinois 62025
   Telephone: 618-656-5150
5  Facsimile: 618-656-6230
   Attorneys for Plaintiffs
6
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12
   IN RE: BEXTRA AND CELEBREX           )   **MDL NO. 1699**
13 MARKETING SALES PRACTICES AND        )   **District Judge: Charles R. Breyer**
   PRODUCT LIABILITY LITIGATION         )
14                                      )
   This Document Relates To:            )
15                                      )
   *Donald G. Newmann v. Pfizer Inc.*   )   **STIPULATION AND ORDER OF**
16 (05-5359 CRB)                        )   **DISMISSAL WITH PREJUDICE**
                                        )
17 *Lehnen, Marie, et al. v. G.D. Searle, et al.* )
   (06-2669 CRB)                        )
18                                      )
   *Marcy A. West v. Merck & Co., Inc., et al.* )
19 (06-3015 CRB)                        )
                                        )
20 *Jerry M. Dance v. Merck & Co., Inc., et al.* )
   (06-3016 CRB)                        )
21                                      )
   *Edward Spinaio v. G.D. Searle, et al.* )
22 (06-3036 CRB)                        )
                                        )
23 *Lonnie Case v. Merck & Co. Inc., et al.* )
   (06-3180 CRB)                        )
24                                      )
   *Richard Menzel v. Merck & Co., Inc., et al.* )
25 (06-3181 CRB)                        )
                                        )
26 *Vincent Calamia v. Merck & Co., Inc., et al.* )
   (06-3182 CRB)                        )
27                                      )
   *Jessie Abbott v. Merck & Co., Inc., et al.* )
28 (06-3306 CRB)                        )

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42576335.1

| | |
|---|---|
| 1 | |
| 2 | *Berlin Jenkerson v. Merck & Co. Inc., et al.* )<br>(06-3307 CRB) ) |
| 3 | *Thomas Kasper v. Merck & Co. Inc., et al.* )<br>(06-3309 CRB) ) |
| 4 | |
| 5 | *Josephine Tourville v. Merck & Co., Inc., et al.* )<br>(06-3310 CRB) ) |
| 6 | *Arzie Stephens v. Merck & Co., Inc., et al.* )<br>(06-3311 CRB) ) |
| 7 | |
| 8 | *Henry Kahn, et al. v. Pfizer Inc..et al.* )<br>(06-4600 CRB) ) |
| 9 | *Carol Copeland v. G.D. Searle LLC, et al.* )<br>(07-3023 CRB) ) |
| 10 | |
| 11 | *Suzanne Steinbach v. Merck & Co., Inc., et al.* )<br>(07-0495 CRB) ) |
| 12 | *John Moseley v. Merck & Co., Inc., et al.* )<br>(07-0496 CRB) ) |
| 13 | |
| 14 | *Joni Hebblethwaite v. Merck & Co., Inc., et al.* )<br>(07-0498 CRB) ) |
| 15 | *Kevin Miller v. Merck & Co, Inc., et al.* )<br>(07-0596 CRB) ) |
| 16 | |
| 17 | *Lena Scher v. Merck & Co., Inc., et al.* )<br>(07-2533 CRB) ) |
| 18 | *Laurence Schmidt v. Merck & Co., Inc., et al.* )<br>(07-2534 CRB) ) |
| 19 | |
| 20 | *Patty Foreman v. Merck & Co., Inc., et al.* )<br>(07-2535 CRB) ) |
| 21 | *Robert Miller v. G.D. Searle LLC, et al.* )<br>(07-3127 CRB) ) |
| 22 | |
| 23 | *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.* )<br>(07-3488 CRB) ) |
| 24 | *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.* )<br>(07-3489 CRB) ) |
| 25 | |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 11-2, 2009   By: _____

**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009   _____
Hon. Charles R. Breyer
United States District Court

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE